# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| ROBERT JUNIOR BEASON & CAROL SUE BEASON<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A., CAPITAL ONE SERVICES, LLC, CAPITAL ONE FINANCE CORP., ALLIED INTERSTATE, LLC, NCO FINANCIAL SYSTEMS, INC., AND GLOBAL CREDIT & COLLECTION CORPORATION,<br><br>Defendants. | NO. 4:13-cv-00051-HDV-TJS<br><br><br><br>**UNOPPOSED MOTION FOR ENTRY OF A PROTECTIVE ORDER** |

Defendants Capital One Bank (USA), N.A., Capital One Services, LLC and Capital One Financial Corporation (collectively, "Capital One") hereby request that the Court issue a Protective Order under Rule 26(c) of the Federal Rules of Civil Procedure adopting and entering the proposed Protective Order attached as <u>Exhibit A</u>, and state as follows:

1. Plaintiffs Carol and Robert Beason ("the Beasons") filed this lawsuit, asserting that Capital One violated the Iowa Consumer Credit Code, committed common law invasion of privacy, common law negligence and violated the Fair Debt Collection Practices Act. Capital One denies those allegations.

2. The parties are intending to exchange informal discovery with the intention of exploring a settlement. Due to the nature of the claims and defenses in this case, and the nature of the information and documents expected to be requested by the Beasons, Capital One has

1

asked the Beasons to stipulate to the entry of a protective order to facilitate the exchange of information and documents containing confidential information. Plaintiffs have agreed to the entry of the attached Stipulated Protective Order. See Exhibit A, attached hereto.

3. Federal Rule of Civil Procedure 26(c) gives the Court authority to enter a protective order upon the motion of a party from whom discovery is sought and for good cause shown.

4. Good cause for a protective order exists in this matter due to the sensitive nature of the financial, medical and trade secret information that will be exchanged in discovery. Many of the documents that the parties will likely request in discovery will include the Beasons' personal identifying information. In addition, the Beasons' medical information may be included in discovery. The Beasons are also likely to request production of trade secrets and other proprietary commercial information relating to Capital One's business practices and procedures.

5. In compliance with Local Rule 7(l), counsel for the parties (the Beasons and Capital One) have conferred and have agreed to the entry of the attached protective order. Counsel for NCO Financial Systems, Inc. has confirmed that, given that NCO has provided the Court with notice of settlement and does not intend to further participate in this litigation, NCO does not object to the entry of a protective order. No other party has entered an appearance.

WHEREFORE Capital One requests that the Court enter the attached proposed Protective Order pursuant to Rule 26(c), which provides that the Court may enter a protective order to designate the manner in which this type of information be disclosed.

FAEGRE BAKER DANIELS LLP

/s/ Lance W. Lange
Lance W. Lange, AT 0004562
*Lance.Lange@faegreBD.com*
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
   Telephone: (515) 248-9000
   Fax: (515) 248-9010

**Attorneys for Defendant Capital One Bank (USA), N.A.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of **Unopposed Motion for Entry of a Protective Order** was filed electronically with the Clerk of Court through the CM/ECF Filing System, and as a result, it is the undersigned counsel's understanding that an electronic copy was also emailed by the Clerk of Court to the attorneys listed below on April 5, 2013.

/s/ Lance Lange
Lance Lange

Copies to:

Paul Gandy
Gandy Law Offices, P.C.
The Katie Ram Building
500 N. 3rd Street Suite 111
Fairfield, IA 52556

Michael D. Slodov
Sessions, Fishman, Nathan & Israel, LLC
15 E. Summit Street
Chagrin Falls, OH 44022-2709

Kristina M. Stanger
Nyemaster Good, P.C.
700 Walnut Street, Suite 1600

3

Des Moines, IA 50309